20-1180-CBD

____ FILED    ____ ENTERED
____ LOGGED   _____ RECEIVED

**AFFIDAVIT OF JAMILE BOLES, TASK FORCE OFFICER,
UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**

**12:03 pm, May 14 2020**

AT  BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY _____Deputy

I, Jamile Boles, being duly sworn, do hereby depose and state:

Introduction:

1. Your affiant is an "investigative or law enforcement officer ... of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. Your affiant has been a duly sworn member of the Baltimore City Sheriff's Office ("BCSO") since January 2009, and is a Task Force Officer ("TFO") with the United States Drug Enforcement Administration ("DEA").

2. Your affiant is currently assigned to the BCSO's Special Operations Division working as a TFO in the DEA.

3. Your affiant has directly and/or indirectly participated in the arrest of over 200 persons for violations of CDS Laws, which has resulted in the seizure of various amounts of heroin, cocaine, marijuana and other illegal substances. Your affiant has been involved in the preparation and/or execution of well over 100 search and seizure warrants, during which time CDS, Firearms, and U.S. Currency have been recovered. Your affiant has received extensive training in CDS investigations.

4. This affidavit is made in support of a complaint against Joseph Windsor Speed, charging him with conspiracy to possess with intent to distribute controlled substances, including fentanyl, in violation of 21 U.S.C. § 846, and possession with intent to distribute controlled substances, including fentanyl, in violation of 21 U.S.C. § 841.

May 20, 2019 Seizure:

5. On April 23, 2019, the District Court of Maryland for Baltimore City issued a warrant of restitution (i.e., an eviction warrant) for the premises of The Residences Apartments, 300 Saint Paul Place, Apartment 408, Baltimore, Maryland ("Apartment 408"), under case number 0101-0005965-2019. The warrant of restitution was subsequently forwarded to members of the Baltimore City Sheriff's Office ("BCSO") for service.

6. On May 20, 2019, at approximately 9:00 a.m., a deputy with the BCSO responded to Apartment 408 to execute the aforementioned warrant. The deputy knocked and announced her presence at Apartment 408, but received no answer. Subsequently, the deputy proceeded with the execution of the eviction. As the deputy entered the apartment, she noticed, in plain view, two large clear plastic bags containing what she believed, based on her training, knowledge, and experience, to be controlled dangerous substances (suspected heroin or fentanyl). Based on the deputy's observations, members of the BCSO contacted members of DEA and Apartment 408 was secured and held so investigators could lawfully obtain a search warrant for the residence.

7. On May 20, 2019, investigators presented a state search and seizure warrant based on the aforementioned facts to Judge Dunn of the District Court of Maryland for Baltimore City. After reviewing the application and affidavit, Judge Dunn authorized the search and seizure warrant for Apartment 408.

8. Subsequently that same day, members of DEA and BCSO executed the search and seizure warrant on the aforementioned apartment. During a lawful search, law enforcement discovered: (1) over a kilogram of suspected heroin or fentanyl in the kitchen area of the apartment; (2) one Glock semi-automatic handgun loaded with live rounds and miscellaneous extra ammunition for semi-automatic handguns and rifles; (3) a small amount of U.S. Currency; (4) one gallon-sized plastic bag containing numerous gel-caps containing suspected heroin/fentanyl; (5) another gallon-sized bag containing a substantial amount of a white substance believed to be heroin or fentanyl; (6) bottles of cutting agents used in the wholesale and street sale of heroin/fentanyl; (7) gelatin capsules containing suspected heroin/fentanyl; (8) sifters and various other narcotic processing paraphernalia; (9) mail addressed to Gerald Brown, who was the listed lessee of the apartment;[1] (10) a man's wallet containing U.S. Currency and an MVA Identification card in the name of Joseph Speed; and (11) other items of clothing and belongings associated with Speed and Briah Sharpe, who your affiant knows was in a romantic relationship with Speed.

9. Also found inside the apartment during the search warrant was a blue bandana. Your affiant knows through training and experience that members of the Crips gang utilize the color blue and blue bandanas to signify their gang membership. Further, your affiant identified Speed's Instagram Account as "jo_blow" and Sharpe's Instagram Account as "briahbitch." A review of publicly-available portions of Sharpe's Instagram account showed numerous pictures of her with Speed. Additionally, your affiant observed photographs of Speed and Sharpe together, where Speed is dressed in what appears to be a white and blue baseball cap with a blue sweatshirt with white letters and Sharpe is dressed in a blue Yankees shirt with a blue Yankees baseball hat. The Instagram caption has what appears to be a blue heart shape. Your affiant knows through his training, knowledge, and experience that Crips members often use blue heart shapes to symbolize love for one another and the gang on their social media pages. Your affiant also knows through his training, knowledge, and experience that Crips members often wear the color blue or black or New York Yankees memorabilia such as hats and shirts to represent their respective gang set.

10. Law enforcement also obtained video surveillance footage that shows Speed and Sharpe exiting the lobby of the apartment building on the morning of May 20, 2019, before the eviction warrant was executed. Historical cell-site evidence for a phone associated with Speed routinely pinged in the area of Apartment 408, including on the morning of May 20, 2019. Specifically, between May 1, 2019 and May 20, 2019, a phone associated with Speed had over 130 activations over cell towers within close proximity to Apartment 408. These activations occurred nearly every day during this period, indicating that Speed was at Apartment 408 nearly every day over this 20-day period leading up to the eviction. Additionally, the historical cell-

---

[1] Brown was shot and killed in June 2019.

site data shows that, for at least 16 of those 20 days, the first and/or last activation on the phone pinged on a tower in close proximity to Apartment 408, indicating that Speed was sleeping at Apartment 408 on those days.

11. Law enforcement obtained a search warrant on an I-Cloud Account. In the return, law enforcement saw numerous videos depicting Speed. In one such video, Speed is seen firing a handgun at a shooting range. In that video, Speed is depicted wearing a distinctive tan belt which appears to be the same belt that was observed when the search warrant was executed on Apartment 408. Additionally, the video shows Speed firing a two-tone handgun, which appears to be the same two-tone handgun that was recovered when the search warrant was executed at Apartment 408.

12. Lab analysis confirms that more than 400 grams of a mixture or substance containing fentanyl was seized from inside the apartment.

July 23, 2019 Seizure:

13. On or about July 23, 2019, members of the Baltimore County Police Department Narcotics Unit were working in a plainclothes capacity driving an unmarked police vehicle in the area of Millbrook Drive and Evamay Road, Pikesville, MD. At that time, an officer observed a blue four-door Honda Accord bearing Maryland registration 77104CH make a turn into the parking complex of 6994 Millbrook Park Drive. An officer conducted a query through Maryland Motor Vehicle Administration ("MVA") records for the above-mentioned vehicle registration. The query revealed the vehicle had active MVA flags for an insurance violation as of March 14, 2019, suspended insurance as of May 24, 2019, and a suspended driver license and numerous administrative late fees, including the most recent on June 18, 2019. In addition, the warrant check was conducted on the registered owner of the vehicle, Joseph Windsor Speed. The query revealed Speed had an outstanding active arrest warrant issued by Baltimore City Police under case number 0SD59068.

14. Shortly thereafter, an officer observed the above-mentioned vehicle parked in front of 6994 Millbrook Park Drive. Seconds later, officers observed a black male subject, matching the description of Speed, exit the driver-side door of the vehicle along with a female who was later identified as Briah Sharpe, who exited the front passenger side door of the vehicle.

15. Based on the information obtained from the MVA and Baltimore City PD, detectives conducted a field interview on Speed. After a brief conversation, Speed identified himself to the detectives as Dante Jones, which detectives determined to be false information to hide his true identity. At that time, detectives immediately placed Speed under arrest. In a search incident to the arrest, detectives seized U.S. currency, suspected marijuana, and suboxone strips from the shorts pockets of Speed. At the same time, an officer detected a strong odor of suspected marijuana emanating from inside Speed's vehicle. As detectives began searching the vehicle, Speed notified detectives that a handgun may be inside the vehicle. Subsequently, Detective Blake located a black Glock 19, 9mm handgun, serial number ZFZ677, with extended magazine under the driver seat of the vehicle. Inspection of the magazine revealed thirty (30) live rounds of ammunition with one round in the chamber of the handgun. In addition, during a

search of the vehicle, detectives seized three large clear plastic bags containing numerous gelatin capsules with a white powdery substance (suspected heroin) and approximately $5,345 in U.S. currency.

16.    Lab analysis showed that the capsules contained a total approximate weight of 54 grams of a mixture or substance containing fentanyl and heroin.

Speed's Instagram Account:

17.    As detailed above, investigators determined that Speed's Instagram account was listed under the name "jo_blow."  On June 11, 2019, law enforcement obtained a federal search warrant to seize evidence contained in Speed's Instagram Account.  The search revealed Speed having numerous conversations related to drugs and guns.

18.    For example, on March 4, 2019, over Speed's Instagram, the following statement was made:

>   jo_blow:    Sis got in that van wit a Lil girl yday round the time it started snowing. Big Bro wasn't with her. I sat for 30 after dipped (at 16:56 UTC)

Your affiant knows that drug traffickers often refer to cocaine as "girl" and heroin as "boy" or "brother."  Based on your affiant's training and experience, your affiant believes that Speed was having a coded conversation about trafficking cocaine.

19.    Similarly, on March 27, 2019, over Speed's Instagram, the following exchange took place:

>   2400blk__:    Wya Cuz (at 16:09 UTC)
>   jo_blow:      By mondawmin.. I got 5gs of fit left that I ain't touch yet that you can yeaaa wit! (at 16:27 UTC)

Your affiant knows through training and experience that drug traffickers use the term "fit" to refer to a fentanyl-based drug product.  Based on your affiant's training and experience, your affiant believes that Speed was discussing how he had a quantity of fentanyl-based drugs to sell.

20.    Further, on June 9, 2019, over Speed's Instagram, the following exchange took place:

>   Runituprelly:    U wanna buy pocket rocket (16:00 UTC)
>   Jo_blow:         yea. FT me (1600)

Your affiant knows that a "pocket rocket" is often used as code for a firearm.  Based on your affiant's training and experience, your affiant believes that Speed was indicating he wanted to buy a firearm.

Case 8:20-mj-01180-CBD   Document 1-1   Filed 05/14/20   Page 5 of 5

Conclusion:

21. Based on the facts set forth above, your affiant believes there is probable cause that Joseph Speed conspired to possess with the intent to distribute, and possessed with the intent to distribute a detectable amount of fentanyl and heroin, schedule I controlled substances, in violation of 21 U.S.C. §§ 846, 841.

*Jamile Boles*

_____
Jamile Boles, TFO, DEA


Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) [4(d)] this ___5___ day of May, 2020

_____
The Honorable Charles B. Day
United States Magistrate Judge

5